Mark E. Merin, SBN 043849
W. Gordon Kaupp, SBN 226141
**LAW OFFICE OF MARK E. MERIN**
2001 P Street, Suite 100
Sacramento, California  95811
Telephone:     (916) 443-6911
Facsimile:       (916) 447-8336
E-mails:  mark@markmerin.com; gordon@markmerin.com

Dan Siegel, SBN 56400
Jose Luis Fuentes, SBN 192236
**SIEGEL & YEE**
499 14th Street, Suite 220
Oakland, CA 94612
Telephone:     (510) 839-1200
Facsimile:       (510) 444-6698
E-mails:  danmsiegel@gmail.com; jlf499@sbcglobal.net

**Attorneys for Plaintiffs**

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Michael W. Pott, SBN 186156
Derek J. Haynes, SBN 264621
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
E-mails:  tcassidy@porterscott.com; mpott@porterscott.com; dhaynes@porterscott.com; cgemma@porterscott.com

**Attorneys for Defendants:** COUNTY OF SACRAMENTO and DON MEYERS

Jesse M. Rivera, SBN 84259
**MORENO & RIVERA, LLP**
1451 River Park Drive, Suite 145
Sacramento, California 95815
Telephone:     (916) 922-1200
Facsimile:       (916) 922-1301
E-mail:  jesse@morenorivera.com

**Attorney for Defendants:**  MABINS, NUNEZ, VO, YOUNG, OCAMPO, LESCALLET, DORSEY and EARP

///

///

1

**[PROPOSED] ORDER MODIFYING THE STATUS (PRE-TRIAL SCHEDULING) ORDER**
{00906623.DOC}

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.P., a minor, by and through his Guardian Ad Litem, Quincella Page; BRANDON FLORES; T.J., a minor, by and through her Guardian Ad Litem, Michelle Belton; BRANDON POWELL; JONATHAN WHISENANT; and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>THE COUNTY OF SACRAMENTO; DON MEYERS, Chief Probation Officer of Sacramento County, in his official and individual capacities; PROBATION OFFICER SUPERVISOR RODNEY DORSEY, in his official and individual capacities; PROBATION OFFICER EARP, in his official and individual capacities; PROBATION OFFICER MABINS, in his official and individual capacities; PROBATION OFFICER NUNEZ, in his official and individual capacities; PROBATION OFFICER SAHOTA, in his official and individual capacities; PROBATION OFFICER VO, in his official and individual capacities; DEPUTY PROBATION OFFICER ANDREW YOUNG, in his official and individual capacities; PROBATION ASSISSTANT GARY BERTUCCELLI, in his official and individual capacities; PROBATION ASSISSTANT JOSE CERVANTES, in his official and individual capacities; PROBATION ASSISTANT MARCOS DIAZ, in his official and individual capacities; PROBATION ASSISTANT TOMASA KIZER, in his official and individual capacities; PROBATION ASSISTANT AIMEE LESCALLET, in his official and individual capacities; | CASE NO.   2:09-CV-02825-MCE-DAD<br><br>**ORDER MODIFYING THE STATUS (PRE-TRIAL SCHEDULING) ORDER**<br><br>**FPTC Date: August 8, 2013**<br>**Trial Date: October 7, 2013**<br><br>Complaint Filed: October 9, 2009<br>FAC Filed:  February 8, 2010 |

2

**[PROPOSED] ORDER MODIFYING THE STATUS (PRE-TRIAL SCHEDULING) ORDER**
{00906623.DOC}

PROBATION ASSISTANT MICHAEL OCAMPO, in his official and individual capacities,

    Defendants.

_____/

**GOOD CAUSE APPEARING**, the Status (Pre-Trial Scheduling) Order is modified as follows:

### PHASE I: CLASS CERTIFICATION

| | |
|---|---|
| Last day to conduct discovery of facts relevant to the issue of whether the action should be certified as a class action. | **April 9, 2012** |
| Last day for the parties disclose expert witnesses they propose to tender at Class Certification hearing. | **June 8, 2012** |
| Last day to designate supplemental list of expert witnesses who will express an opinion on a subject covered by an expert designated by an adverse party | **June 28, 2012** |
| Last day for Plaintiffs to file a Dispositive Motion | **August 2, 2012** |
| Last day for Defendants to file an Opposition to Plaintiff's Dispositive Motion and Cross-Motion | **August 23, 2012** |
| Last day for Plaintiffs to file a Reply to Defendants' Opposition and Opposition to Defendants' Cross-Motion | **September 6, 2012** |
| Last day for Defendants to file Reply to Plaintiffs' Opposition to Defendants' Cross-Motion | **September 20, 2012** |
| Hearing on Dispositive Motions | **September 27, 2012** |
| Hearing on Class Certification | **January 17, 2013** |

### PHASE II: LITIGATION

| | |
|---|---|
| Last day to conduct discovery | **September 6, 2013** |
| Last day to disclose expert witnesses | **October 3, 2013** |
| Last day to designate supplemental list of expert witnesses | **October 23, 2013** |

| | |
|---|---|
| who will express opinions on a subject covered by an expert designated by an adverse party | |
| Last day for Plaintiffs to file Dispositive Motions | **December 19, 2013** |
| Last day for Defendants to file an Opposition to Plaintiffs' Dispositive Motion and Cross-Motion | **January 9, 2014** |
| Last day for Plaintiffs to file a Reply to Defendants' Opposition and Opposition to Defendants' Cross-Motion | **January 23, 2014** |
| Last day for Defendants to file a Reply to Plaintiffs' Opposition to Defendants' Cross-Motion | **February 6, 2014** |
| Hearing on Dispositive Motions | **February 13, 2014** |
| The last day to file Joint Pre-Trial Conference Statement | **March 20, 2014** |
| Last day to file any evidentiary and/or procedural motions with the Court | **March 20, 2014** |
| Last day to file Trial briefs | **March 27, 2014** |
| Last day to file Oppositions to evidentiary and/or procedural motions | **March 27, 2014** |
| Last day to file a Reply to an Opposition to evidentiary and/or procedural motions | **April 3, 2014** |
| Final Pre-Trial Conference | **April 10, 2014** |
| Date of Trial | **June 2, 2014** |

**IT IS SO ORDERED.**

**Dated:  July 15, 2011**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE