**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Michael W. Pott, SBN 186156
Derek J. Haynes, SBN 264621
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
Attorneys for Defendants COUNTY OF SACRAMENTO and DON MEYER

Jesse Rivera, SBN 84259
**RIVERA & ASSOCIATES**
2180 Harvard Street, Suite 310
Sacramento, CA 95815
TEL:  916.922.1200
FAX:  916.922.1303 fax
Attorneys for Attorney for Defendants MABINS, NUNEZ, VO, YOUNG,
OCAMPO, LESCALLET, DORSEY and EARP

Mark E. Merin, SBN 043849
**LAW OFFICES OF MARK E. MERIN**
2001 P Street, #100
Sacramento, CA 95811-5232
TEL:  916.443.6911
FAX:  916. 447.8336

Dan Siegel, SBN 56400
Jose Luis Fuentes, SBN 192236
**SIEGEL & YEE**
499 14th Street, Suite 220
Oakland, CA 94612
TEL: 510.839.1200
FAX:   510.444-6698
Attorney for Plaintiffs

///

///

///

///

1
**AMENDED STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**
{01081030.DOC}

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

B.P., a minor, by and through his Guardian Ad Litem, Quincella Page; BRANDON FLORES; T.J., a minor, by and through her Guardian Ad Litem, Michelle Belton; BRANDON POWELL; JONATHAN WHISENANT; and all others similarly situated,

        Plaintiffs,

vs.

THE COUNTY OF SACRAMENTO; DON MEYERS, Chief Probation Officer of Sacramento County, in his official and individual capacities; PROBATION OFFICER SUPERVISOR RODNEY DORSEY, in his official and individual capacities; PROBATION OFFICER EARP, in his official and individual capacities; PROBATION OFFICER MABINS, in his official and individual capacities; PROBATION OFFICER NUNEZ, in his official and individual capacities; PROBATION OFFICER SAHOTA, in his official and individual capacities; PROBATION OFFICER VO, in his official and individual capacities; DEPUTY PROBATION OFFICER ANDREW YOUNG, in his official and individual capacities; PROBATION ASSISSTANT GARY BERTUCCELLI, in his official and individual capacities; PROBATION ASSISSTANT JOSE CERVANTES, in his official and individual capacities; PROBATION ASSISTANT MARCOS DIAZ, in his official and individual capacities; PROBATION ASSISTANT TOMASA KIZER, in his official and individual capacities; PROBATION ASSISTANT AIMEE LESCALLET, in his official and individual capacities; PROBATION ASSISTANT MICHAEL OCAMPO, in his official and individual capacities,

        Defendants.

_____/

CASE NO.  2:09-CV-02825-MCE-CKD

**AMENDED STIPULATION AND ORDER OF DISMISSAL**

FAC Filed:  February 8, 2010
Complaint Filed:  October 9, 2009

FPTC Date:    02/02/15
Trial Date:      04/06/15

On October 9, 2009, Plaintiffs BRIAN PAGE, BRANDON FLORES, TAYLOR JOHNSON, BRANDON POWELL, and JONANATHAN WHISENANT filed the instant action against Defendants COUNTY OF SACRAMENTO, VERNE SPEIRS, SUHKDEEP SAHOTA, GARY BERTCCELLI, JOSE CERVANTES, MARCOS DIAZ, THOMAS KIZER, MONIQUE MABINS,

2

**AMENDED STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**
{01081030.DOC}

1  EUSEBIO NUNEZ, DOAHN VO, ANDREW YOUNG, MICHAEL OCAMPO, AIMEE
2  LESCALLET, RODNEY DORSEY and RONALD EARP. On February 8, 2010, Plaintiffs filed an
3  Amended Complaint, dismissing VERNE SPEIRS as a party and naming DON MEYER (erroneously
4  sued as "DON MEYERS") as a Defendant in his place.

5      IT IS NOW HEREBY STIPULATED AND AGREED by and between Plaintiffs and
6  Defendants, by and through their undersigned counsel of record, that this action be dismissed, with
7  prejudice, with each side to bear their own attorney's fees and costs, pursuant to Rule 41(a)(1) of the
   Federal Rules of Civil Procedure.
8      **IT IS SO STIPULATED.**
9  Dated: November 15, 2012        LAW OFFICE OF MARK E. MERIN
10                                 By: */s/ Mark E. Merin, via e-mail on 11/15/2012*
11                                     Mark E. Merin, Attorney for Plaintiffs
12
13 Dated: November 15, 2012        PORTER SCOTT
14                                 By: */s/ Michael W. Pott*
                                       Michael W. Pott
15                                     Attorneys for Defendants
                                       County of Sacramento and Don Meyers
16
17
18 Dated: November 15, 2012        RIVERA & ASSOCIATES
19                                 By: */s/ Jesse M. Rivera, via e-mail on 11/15/2012*
                                       Jesse M. Rivera
20                                     Attorney for Defendants
                                       Mabins, Nunez, Vo, Young, Ocampo,
21                                     Lescallet, Dorsey, and Earp

**AMENDED STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**
{01081030.DOC}

**ORDER**

It is hereby ordered that:

      1.     The case is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure; and

      2.     The Clerk of the Court is directed to close the case

**IT IS SO ORDERED.**

Dated:  November 21, 2012

_____

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

4

**AMENDED STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

{01081030.DOC}